IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Diana Lynn Taylor**                                                                         **Plaintiff**

No. 4:12-CV-218-JMM

**Carolyn W. Colvin, Acting Commissioner,**                                 **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, the Commissioner's decision denying plaintiff Diana Lynn Taylor's application for disability income benefits is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

It is so ordered this 6th day of May, 2013.

*[signature: James M. Moody]*
United States District Judge